ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department
and Officer Solon McGill

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez, individually,<br><br>Plaintiff,<br><br>vs.<br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SOLON MCGILL, individually; DOES I through 10, inclusive;<br><br>Defendants. | CASE NO. 2:17-cv-0062-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FOURTH REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including July 9, 2018. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for an additional ninety (90) days as outlined herein. In support of this Stipulation and Request, the parties state as follows:

1. On November 23, 2016, Plaintiff filed her Complaint in Nevada District Court.

2. On January 6, 2017, Defendant filed their Petition for Removal with Federal Court.

3. On January 13, 2017, Defendants filed their Answer to Plaintiff's Complaint with

4822-9047-3307.1

Federal Court.

4. On February 6, 2017 the parties submitted a proposed Scheduling Order to the Court.

5. On January 24, 2017, Plaintiff served her Initial Disclosure of Documents and Witnesses on Defendants.

6. On April 21, 2017, Defendant served its Initial Disclosure of Documents and Witnesses on Defendants.

7. On May 23, 2017, Defendant served written discovery on Plaintiffs. Plaintiffs served their responses on August 23, 2017.

8. On June 2, 2017, Plaintiff served written discovery on Defendants. Defendants served their responses on September 8, 2017.

9. On November 22, 2017, a protective order was entered in this matter.

**DISCOVERY REMAINING**

1. Defendants will take the deposition of Plaintiffs.

2. Plaintiff will take deposition of Defendants.

3. The parties will complete all written discovery.

4. The parties will take the depositions of the designated expert witnesses.

5. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties have been compiling documents and investigating the instant action. The parties are actively engaged in written discovery and will proceed with the necessary case depositions.

Counsel for Defendants has been occupied in preparing Motions for Summary Judgment in *Donell Bryant v. Officer Donohue, et al.*, 2:16-cv-1172-GMN-PAL and *Terry Hollis v. NLVPD*,

2:16-cv-2663-JAD-GWF. Counsel for Defendants has also been occupied preparing briefs after three labor arbitration hearings involving numerous law enforcement witnesses. Counsel for Defendants have been preparing discovery responses related to the protective order recently entered by the Court.

Counsel for Plaintiff requires more time for our experts to review materials recently produced in this matter before they can render meaningful expert opinions.

Extension or Modification of The Discovery Plan and Scheduling Order. LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4. Requests made after this time period must be the result of excusable neglect.

The parties have reasonably been communicating regarding the status of discovery in this matter, as current counsel for Plaintiff's substituted in in October, and Defendant McGill recently returned from military duty. Unfortunately, the deadline of requesting an extension no later than 21 days before expert disclosures were due was eclipsed as Defendant's were preparing additional disclosures after entry of the protective order.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery regarding offsets in this case and adequately prepare their respective cases for trial.

This is the fourth request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | Monday, April 9, 2018 | Monday, July 9, 2018 |
| Amendment to Pleadings | Closed | Closed |

| Interim Status Report | Monday, February 12, 2018 | May 10, 2018 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | Tuesday, February 6, 2018 | May 10, 2018 |
| 7 | Monday, March 12, 2018 | June 11, 2018 |
| Dispositive Motions | Wednesday, May 9, 2018 | August 8, 2018, ~~or at least thirty (30) days after the close of discovery~~ |
| Joint Pretrial Order | Monday, March 12, 2018 | September 7, 2018, or ~~at least~~ thirty (30) days after the decision of last Dispositive Motions |

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety days (90) days from the current deadline of April 9, 2018 up to and including July 9, 2018 and the other discovery dates as outlined in accordance with the table above.

DATED this 2nd day of February, 2018.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Noel E. Eidsmore*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Noel E. Eidsmore, Esq.
Nevada Bar No. 7688
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Officer Seymore*

DATED this 2nd day of February, 2018.

LADAH LAW FIRM

*/s/ Anthony Ashby*
Ramzy Paul Ladah, Esq.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, Nevada 89101

Rodolfo Gonzales, Esq.
Nevada Bar No. 12751
THE LAW OFFICE OF RODOLFO GONZALEZ
3175 S. Nellis Blvd., Suite A
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

Dated this 5th day of February, 2018.

_____
U.S. MAGISTRATE JUDGE