ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department
and Officer Solon McGill

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SOLON MCGILL, individually; DOES I through 10, inclusive;<br><br>Defendants. | CASE NO. 2:17-cv-0062-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIFTH REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including October 8, 2018. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for an additional ninety (90) days as outlined herein. In support of this Stipulation and Request, the parties state as follows:

1. On November 23, 2016, Plaintiff filed her Complaint in Nevada District Court.

2. On January 6, 2017, Defendant filed their Petition for Removal with Federal Court.

3. On January 13, 2017, Defendants filed their Answer to Plaintiff's Complaint with Federal Court.

4820-7912-9954.1

4. On February 6, 2017 the parties submitted a proposed Scheduling Order to the Court.

5. On January 24, 2017, Plaintiff served her Initial Disclosure of Documents and Witnesses on Defendants.

6. On April 21, 2017, Defendant served its Initial Disclosure of Documents and Witnesses on Defendants.

7. On May 23, 2017, Defendant served written discovery on Plaintiffs. Plaintiffs served their responses on August 23, 2017.

8. On June 2, 2017, Plaintiff served written discovery on Defendants. Defendants served their responses on September 8, 2017.

9. On November 22, 2017, a protective order was entered in this matter.

## DISCOVERY REMAINING

1. Defendants will take the deposition of Plaintiffs in late May/early June.
2. Plaintiff will take deposition of Officer McGill on May 10, 2018.
3. The parties will complete all written discovery.
4. The parties will take the depositions of the designated expert witnesses.
5. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been compiling documents and investigating the instant action. The parties are actively engaged in written discovery and will proceed with the necessary case depositions.

Counsel for Defendants has been preparing for trials both scheduled to commence on May 7, 2018 in *Kathryn Kingham vs. State Farm Mutual Automobile Insurance Company*, 2:15-cv-01555-APG-GWF, and in *Austin Stephan vs. State Farm Mutual Automobile Insurance Company*,

CV16-01846. Both cases have recently scheduled, however, significant time was spent over the past sixty days preparing for the trials. In addition counsel for defendants is preparing appellate reply briefings in *City of North Las Vegas adv. Mitchell*, 17-16552 and *Weathers v. Clark County Detention Center*, et al, 17-17074. Finally, counsel has been out of town attending to a family matter.

In addition, Defendant Officer Solon McGill was deployed in the middle east from February 2017 until February 2018. Officer McGill is still on active duty out of the state of Nevada, however, is able to travel to Nevada for his deposition in May, 2018.

Counsel for Plaintiff has been compiling documents and investigating the instant action, and is currently working with consultants to act as experts, who will author reports.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery regarding offsets in this case and adequately prepare their respective cases for trial.

This is the fifth request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | Monday, July 9, 2018 | Monday, October 8, 2018 |
| Amendment to Pleadings | Closed | Closed |
| Interim Status Report | Monday, May 10, 2018 | Wednesday, August 8, 2018 |

| | | |
|---|---|---|
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | Tuesday, May 10, 2018 | Wednesday, August 8, 2018 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | Monday, June 11, 2018 | Friday, September 9, 2018 |
| Dispositive Motions | Wednesday, August 8, 2018 | Wednesday, November 7, 2018, or at least thirty (30) days after the close of discovery |
| Joint Pretrial Order | Monday, September 7, 2018 | Friday, December 7, 2018, or at least thirty (30) days after the decision of last Dispositive Motions |

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

4820-7912-9954.1

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety days (90) days from the current deadline of July 9, 2018 up to and including October 8, 2018 and the other discovery dates as outlined in accordance with the table above.

| | |
|---|---|
| DATED this 19th day of April, 2018. | DATED this 19th day of April, 2018. |
| LEWIS BRISBOIS BISGAARD & SMITH | LADAH LAW FIRM |
| /s/ *Robert W. Freeman* | /s/ *Anthony L. Ashby* |
| Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant*<br>*Officer Seymore* | Ramzy Paul Ladah, Esq.<br>Nevada Bar No. 11405<br>Anthony L. Ashby, Esq.<br>Nevada Bar No. 4911<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br><br>Rodolfo Gonzales, Esq.<br>Nevada Bar No. 12751<br>THE LAW OFFICE OF RODOLFO GONZALEZ<br>3175 S. Nellis Blvd., Suite A<br>Las Vegas, Nevada 89121<br>*Attorneys for Plaintiff* |

## **ORDER**

IT IS SO ORDERED.

Dated this 19th day of April, 2018.

_____
U.S. MAGISTRATE JUDGE

4820-7912-9954.1      5