**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**ANTHONY L. ASHBY**
Nevada Bar No. 4911
**JOSEPH C. CHU**
Nevada Bar No. 11082
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SOLON MCGILL, individually; DOES I through 10, inclusive;<br><br>Defendants. | **CASE NO. 2:17-cv-0062-RFB-VCF**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request) |

The above named parties, by and through their respective, undersigned counsel of record, hereby stipulate to an additional one-week extension of time for Plaintiffs to respond to Defendants' Motion for Summary Judgment, on file herein. (ECF No. 33).

**REASONS FOR REQUESTED EXTENSION**

Defendants filed their Motion for Summary Judgment (ECF No. 33) on March 11, 2019, and Plaintiffs' response was due on or before April 1, 2019. The parties previously Stipulated to a three-week extension. (ECF No. 42). However, since that time party counsel has engaged in further discussions and the parties are currently exploring possible case resolutions, giving rise to the

instant request. To accommodate these efforts, the parties have mutually agreed to extend the deadline for Plaintiffs to respond to Defendants' Motion for Summary Judgment (ECF No. 33) to May 22, 2019.

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 16th day of April, 2019.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/: Robert W. Freeman, Jr., Esq.*
ROBERT W. FREEMAN, JR.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 16th day of April, 2019.

LADAH LAW FIRM

*/s/ Ramzy Paul Ladah, Esq.*
RAMZY PAUL LADAH
Nevada Bar No. 11405
JOSEPH C. CHU
Nevada Bar No. 11082
517 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

## **O R D E R**

IT IS SO ORDERED, this __17th__ day of April, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE