ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department
and Officer Solon McGill

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SOLON MCGILL, individually; DOES I through 10, inclusive;<br><br>Defendants. | CASE NO. 2:17-cv-0062-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendant's Reply in Support of Motion for Summary Judgment in the above-captioned case thirty-two days (32) days, up to and including July 8, 2019.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants has been occupied in preparing for settlement conference on May 30, 2019, in *Mitchell v. City of North Las Vegas,* 2:13-cv-01154-APG-CWH. In addition, counsel for Defendants is preparing for oral argument in the United States Court of Appeals scheduled on

4846-1332-2136.1

June 14, 2019 in *Sena v. Coleman*, 18-15236.  Finally counsel for defendants is also scheduled to be out of the state from June 20, 2019 to June 24, 2019.

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendants to file their Reply in Support of Motion for Summary Judgment by thirty-two (32) days from the current deadline of June 6, 2019 up to and including July 8, 2019.

| | |
|---|---|
| DATED this 31st day of May 2019. | DATED this 31st day of May, 2019. |
| LEWIS BRISBOIS BISGAARD & SMITH | LADAH LAW FIRM |
| */s/ Robert W. Freeman* | */s/ Joseph C. Chu* |
| Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants* | Ramzy Paul Ladah, Esq.<br>Nevada Bar No. 11405<br>Joseph C. Chu, Esq.<br>Nevada Bar No. 11082<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br><br>Rodolfo Gonzales, Esq.<br>Nevada Bar No. 12751<br>THE LAW OFFICE OF RODOLFO GONZALEZ<br>3175 S. Nellis Blvd., Suite A<br>Las Vegas, Nevada 89121<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated this 3rd day of ___June___, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4846-1332-2136.1            2