ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department
and Officer Solon McGill

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SOLON MCGILL, individually; DOES I through 10, inclusive;<br><br>Defendants. | CASE NO. 2:17-cv-0062-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**SECOND REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendant's Reply in Support of Motion for Summary Judgment in the above-captioned case thirty days (30) days, up to and including August 7, 2019.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants has been occupied in preparing for trial in Lige v. Clark County, 2:16-cv-603-JAD-BNW, set to begin on July 16, 2019. Counsel has prepared for and attended a Settlement Conference in this matter on June 27, 2019 and will be attending an additional

4823-1420-7131.1

conference on July 3, 2019.

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendants to file their Reply in Support of Motion for Summary Judgment by thirty (30) days from the current deadline of July 8, 2019 up to and including August 7, 2019.

DATED this 1st day of July, 2019.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 1st day of July, 2019.

LADAH LAW FIRM

*/s/ Joseph C. Chu*
Ramzy Paul Ladah, Esq.
Nevada Bar No. 11405
Joseph C. Chu, Esq.
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, Nevada 89101

Rodolfo Gonzales, Esq.
Nevada Bar No. 12751
THE LAW OFFICE OF RODOLFO GONZALEZ
3175 S. Nellis Blvd., Suite A
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE