ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department
and Officer Solon McGill

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SOLON MCGILL, individually; DOES I through 10, inclusive;<br><br>Defendants. | CASE NO. 2:17-cv-0062-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR JOINT PRE-TRIAL ORDER**<br><br>**THIRD REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Joint Pre-Trial Order in the above-captioned case thirty days (30) days, up to and including September 23, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  This request for extension is based upon the following:

The parties are diligently working on the Joint Pre-Trial Order.  The parties have exchanged their portions of the Order, however, there are several issues upon which the parties need additional time to confer.  Therefore, the parties require thirty (30) additional days to finalize the same.



4850-1579-7960.1

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their Joint Pre-Trial Order by thirty (30) days from the current deadline of August 24, 2020 up to and including September 23, 2020.

DATED this 24th day of August, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 24th day of August, 2020.

LADAH LAW FIRM

*/s/ Joseph C. Chu*
Ramzy Paul Ladah, Esq.
Nevada Bar No. 11405
Joseph C. Chu, Esq.
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, Nevada 89101

Rodolfo Gonzales, Esq.
Nevada Bar No. 12751
THE LAW OFFICE OF RODOLFO GONZALEZ
3175 S. Nellis Blvd., Suite A
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this 24th day of August, 2020.

_____
U.S. MAGISTRATE JUDGE

4850-1579-7960.1

2