1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  702.893.3383
   FAX: 702.893.3789
5  Attorneys for Defendants
   Las Vegas Metropolitan Police Department
6  and Officer Solon McGill

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

***

10

| | |
|---|---|
| SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez, individually, | CASE NO. 2:17-cv-0062-RFB-VCF |
| | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| Plaintiff, | **(FIRST REQUEST)** |
| vs. | |
| LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SOLON MCGILL, individually; DOES I through 10, inclusive; | |
| Defendants. | |

20  Plaintiff, SOFIA VELADORES, by and through her attorney of record, Joseph C. Chu,

21 Esq. of the LADAH LAW FIRM, and Defendants LAS VEGAS METROPOLITAN POLICE

22 DEPARTMENT and OFFICER SOLON McGILL, by and through their attorneys of record,

23 Robert W. Freeman, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP hereby

24 request the continuance of the current trial date of Monday, June 13, 2022.

25  A.  **REASONS FOR REQUEST TO CONTINUE THE CURRENT TRIAL DATE**

26  Attorneys for Plaintiffs are currently set to begin trial June 15, 2022 to June 24,

27 2022, on a **Firm Setting** in *Redekop v. Palmer*, Case No. A-18-786061-C,

28 Department 8.  Attorney for Plaintiff is also scheduled to commence trial on July



4864-3818-1918.1

18, 2022 until July 22, 2022, on a Firm Setting in *Rawlins v. Ignatowicz*, Case No. A-19-800094-C. Additionally, Attorney for Plaintiff will be preparing for trial which is set on a Firm Setting to commence on September 19, 2022 to October 28, 2022 in *Wilson v. Las Vegas Party Coach*, Case No. A-19-787765-C, in Department 32.

Attorneys for Defendant are preparing for trial in *Roberts v. USAA, Case No. A-19-790757* set to begin on June 27, 2022. Additionally, counsel will be preparing for two trials set for August 8, 2022, *Sullivan v. Clark County, 2:18-cv-825-GMN-DJA* and *Christopher Clark v. SFMAIC, A-19-804435-C*. Counsel for defendants will be preparing for trial in *Calvin Hudson v. SFMAIC, A-19-793385-C* set to begin on October 10, 2022.

Defendants' expert witness is unavailable in June 2022.

B.  **PROPOSED TRIAL DATES**

November 7, 2022

December 5, 2022

December 12, 2022.

This is the first request to continue trial date. The reasons for the extension constitute good faith and are made by both parties and are not for the purpose of undue delay.

DATED this 9th day of May, 2022.  DATED this 9th day of May, 2022.

LEWIS BRISBOIS BISGAARD & SMITH  LADAH LAW FIRM

*/s/ Robert W. Freeman*  */s/ Joseph C. Chu*
Robert W. Freeman, Jr., Esq.  Ramzy Paul Ladah, Esq.
Nevada Bar No. 3062  Nevada Bar No. 11405
6385 S. Rainbow Blvd., Suite 600  Joseph C. Chu, Esq.
Las Vegas, Nevada 89118  Nevada Bar No. 11082
*Attorneys for Defendants*  517 S. Third Street
Las Vegas, Nevada 89101

**ORDER**

I.  **ACTION BY THE COURT**

    (a)    This case is set for court/jury trial on the fixed/stacked calendar on  12/05/2022  at 9:00 AM Calendar Call shall be held on  11/29/2022 at 1:30 PM  .

    (b)    An original of the trial brief shall be electronically filed to the clerk on or before 11/28/2022.

    (c)    Jury Trials:

        (1)    An original of all instructions requested by either party shall be electronically filed to the clerk for filing on or before:  11/23/2022 .

        (2)    An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the Court on voir dire shall be submitted to the clerk for filing on or before:  11/23/2022 .

    (d)    Court Trials:

        Not applicable.

    (e)    Counsel shall serve a copy of any trial brief, proposed findings of fact and conclusions of law, proposed voir dire questions, and proposed jury instructions upon opposing counsel contemporaneously with the filing thereof with the Court.

This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATE:  May 27, 2022