# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sofia Veladores, *et al.*, <br><br> Plaintiff(s), <br><br> vs. <br><br> Las Vegas Metropolitan Police Department, *et al.*, <br><br> Defendant(s). | 2:17-cv-00062-RFB-MDC <br><br> Order |

This case is seven years old. The parties asked for a stay so that they could arbitrate. The parties represented that they, "anticipate[d] the arbitration hearing w[ould] take place within the next 60 to 90 days [from February 5, 2024], and [that] this matter w[ould] be subject to dismissal shortly thereafter." ECF No. 85. The parties' anticipated timeline has passed, and the parties have not provided any updates to the Court.

IT IS ORDERED that by May 31, 2024, the parties shall file either

1. A short status report that updates the Court about the status of this case; OR
2. A stipulation to dismiss this case.
3. Failure to comply with this order may result in a report and recommendation that this case be dismissed.

Dated this 16th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge