UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sofia Veladores,<br><br>        Plaintiff,<br><br>vs.<br><br>Estate of Roberto Sanchez, *et al.*,<br><br>        Defendants. | 2:17-cv-00062-RFB-MDC<br><br>**ORDER TO FILE A STATUS REPORT** |

This case has been on the Court's docket for eight years. The parties filed a status report last year that represented that they had, "an arbitration hearing for the week of August 12, 2024 [and that they] anticipated that this matter will be subject to dismissal shortly thereafter." The parties' anticipated timeline has passed, and the parties have not provided any updates to the Court.

IT IS ORDERED that:

1. By **January 31, 2025**, the parties must file a short status report that updates the Court about the status of this case.

2. Failure to comply with this order may result in a report and recommendation that this case be dismissed.

Date: January 21, 2025

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge