ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department
and Officer Solon McGill

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SOLON MCGILL, individually; DOES I through 10, inclusive;<br><br>Defendants. | CASE NO. 2:17-cv-0062-RFB-MDC<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff SOFIA VELADORES, individually, and as special administrator of the ESTATE OF ROBERTO SANCHEZ, and as Guardian ad Litem of D.S. and I.S. and Rogelio Sanchez ("Plaintiff"), by and through her counsel, LADAH LAW FIRM, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and OFFICER SOLON McGill ("Defendants"), by and through their counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendants in the above-entitled action shall be dismissed, with prejudice, each

…

…

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

166753568.1

party to bear their own attorney's fees and costs.

DATED this 16th day of January, 2026.          DATED this 16th day of January, 2026.

LEWIS BRISBOIS BISGAARD & SMITH          LADAH LAW FIRM

/s/ Robert W. Freeman                            /s/ Joseph C. Chu
Robert W. Freeman, Jr., Esq.                     Ramzy Paul Ladah, Esq.
Nevada Bar No. 3062                              Nevada Bar No. 11405
E. Matthew Freeman                               Joseph C. Chu, Esq.
Nevada Bar No. 14198                             Nevada Bar No. 11082
6385 S. Rainbow Blvd., Suite 600                 517 S. Third Street
Las Vegas, Nevada 89118                          Las Vegas, Nevada 89101
*Attorneys for Defendants*                       *Attorneys for Plaintiffs*

### ORDER

**IT IS SO ORDERED.**

Dated this 20th day of January, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

166753568.1                                      2